IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON HAMMACK,

    Petitioner,

vs.                              CASE NO. 5:07cv142/RS-EMT

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 20) and Petitioner's Objections (Doc. 22). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3. The clerk is directed to close the file.

**ORDERED** on June 14, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**