IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON HAMMACK,

    Petitioner,

vs.                              CASE NO. 5:07cv142/RS-EMT

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me is Petitioner's Notice of Appeal (Doc. 29), which will be construed as a motion for a certificate of appealability. A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on July 9, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**